

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
ACTING UNITED STATES ATTORNEY

*Sophie Kaiser*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
sophie.kaiser@usdoj.gov

main: (973) 645-2700

September 9, 2025

**Via ECF**
Hon. Elizabeth A. Pascal, U.S.M.J.
United States District Court
4th & Cooper Streets
Camden, NJ 08101

      Re:   *Pinto v. Linda McMahon*, No. 25-cv-12760-RMB-EAP
            Extension Letter Request

Dear Judge Pascal:

      This Office represents Defendant Linda A. McMahon in the above-referenced matter brought by Plaintiff Joseph M. Pinto ("Plaintiff") regarding student loans Plaintiff alleges he already paid the U.S. Department of Education ("DOE"). *See* ECF No. 1. Defendant's response to the Complaint is due September 29, 2025. We write to respectfully request a forty-five-day extension of time to respond to Plaintiff's Complaint until November 13, 2025.

      Good cause exists to grant this extension. We reached out to Plaintiff's counsel, who consents to this extension. The parties believe that an early settlement of this matter is possible with additional time to gather each side's loan and payment information, share that information, and then discuss potential settlement. This will require time because we must obtain the relevant loan information from the DOE and obtain settlement authority both internally and from the DOE.

      Thank you very much for your time and consideration of this matter.

                                      Respectfully submitted,

                                      TODD BLANCHE
                                      U.S. Deputy Attorney General

                                      ALINA HABBA
                                      Acting United States Attorney
                                      Special Attorney

2

By: *s/ Sophie Kaiser*
SOPHIE KAISER
Assistant United States Attorney
*Attorneys for the United States*

cc: Counsel of record (by ECF)